FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 JUN 20 P 12:19

WILLIAM W. BLEVINS
CLERK




UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 19-125 |
| v. | * | SECTION: SECT. I MAG. 3 |
| OLIN D. GRANT, JR. | * | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(D)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 922(o)<br>18 U.S.C. § 924(a)(2)<br>26 U.S.C. § 5841<br>26 U.S.C. § 5861(d)<br>26 U.S.C. § 5871 |

* * *

The Grand Jury charges that:

**COUNT 1**

On or about January 8, 2019, in the Eastern District of Louisiana, the defendant, **OLIN D. GRANT, JR.**, knowingly and intentionally possessed with the intent to distribute a quantity of marijuana, a schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

___ Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

## COUNT 2

On or about January 8, 2019, in the Eastern District of Louisiana, the defendant, **OLIN D. GRANT, JR.**, possessed firearms, to wit: a Good Times Rifle, model Core-15, .223 caliber, bearing serial number GTOC023606 and a Century International Arms Rifle, 7.62 caliber, bearing serial number M70AB25687, in furtherance of a drug trafficking crime, that is, possession with the intent to distribute marijuana, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), as charged in Count 1; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

On or about March 12, 2019, in the Eastern District of Louisiana, the defendant, **OLIN D. GRANT, JR.**, did knowingly possess a machine gun, that is, a Glock model 22, .40 caliber handgun, bearing serial number BFFS970, with a Glock auto-sear, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 4

On or about March 12, in the Eastern District of Louisiana, the defendant, **OLIN D. GRANT, JR.**, knowingly received and possessed a firearm, that is, a Glock model 22, .40 caliber handgun, bearing serial number BFFS970, with Glock auto-sear, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 4 are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **OLIN D. GRANT, JR.**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offenses, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses, including but not limited to all firearms and ammunition identified in the foregoing allegations.

3. As a result of the offenses alleged in Counts 2 through 4, the defendant, **OLIN D. GRANT, JR.**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to all firearms and ammunition identified in the foregoing allegations.

4. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall, pursuant to Title 21, United States Code, Section 853(p), seek forfeiture of any other property of the defendant up to the value of the above-described property.



MELISSA BÜCHER
Assistant United States Attorney
Louisiana Bar Roll No. 36400

BRITTANY REED
Assistant United States Attorney
Louisiana Bar Roll No. 31299

New Orleans, Louisiana
June 20, 2019

FORM OBD-34

*No.* ____________

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**OLIN D. GRANT, JR.**

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT**

**VIOLATIONS: 21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 841(b)(1)(D)**
**18 U.S.C. § 924(c)(1)(A)(i)**
**18 U.S.C. § 922(o)**
**18 U.S.C. § 924(a)(2)**
**26 U.S.C. § 5841**
**26 U.S.C. § 5861(d)**
**26 U.S.C. § 5871**

*Filed in open court this* ____________ *day of* ____________ *A.D. 2019.*

____________
*Clerk*

*Bail, $* ____________

**MELISSA BÜCHER**
**Assistant United States Attorney**